# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAU D. ATUATASI,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>JANAN CAVAGNOLO, Acting Warden,<br><br>　　　　　Respondent. | No. CV 23-5862-JGB (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　The Petition is denied.

　　　2.　This action is dismissed with prejudice.

　　　3.　Judgment be entered consistent with this order.

4. The clerk is to serve this Order on all counsel or parties of record.

DATED: August 19, 2025

JESUS G. BERNAL
U.S. DISTRICT JUDGE