JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMAU D. ATUATASI, | ) Case No. CV 23-5862-JGB (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| JANAN CAVAGNOLO, Acting Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and Judgment be entered in Respondent's favor.

DATED: August 19, 2025

JESUS G. BERNAL
U.S. DISTRICT JUDGE